UNITED STATES BANKRUPTCY COURT
FOR THE NORHTERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **HAGEMEIER, JACKI M.** ) | Bankruptcy Case No. 16-82753 TML |
| ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 21, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

HAGEMEIER, JACKI M.
414 CHAPPEL STREET
MARENGO, IL 60152

CHARLES T. REILLY
4310 W. Crystal Lake Road, Suite D
McHenry, IL 60050
*(Via ECF Electronic Transmission)*

Law Office of Paula Reighns
203 W. Grant Highway
Marengo, IL 60152


/s/ Debbie M. Harris

STEPHEN G. BALSLEY, Trustee
6833 STALTER DRIVE
ROCKFORD, IL 61108
Phone: (815) 962-6611
sbalsley@bslbv.com